## Heyers *vs.* Denning.

IN this caufe the plaintiff had proceeded to out-lawry, when he received a notice of retainer from *S. S.* for defendant, who, in his notice figned *for or on behalf* of defendant, and faid verbally, that he did not mean to appear *as attorney.* At the laft term S. had obtained a rule that all proceedings fhould be fet afide; but no bail had been entered.

*Jones* for plaintiff moved to vacate the rule, which was fo obtained, on the ground that the interference by S. was irregular.

*Per Curiam.* S——, appearing in the manner he did, muft be confidered as a mere ftranger, and could not take any rule in the caufe. The defendant has neither appeared in perfon, nor by attorney, nor entered bail; therefore all the proceedings muft be fet afide. And the Court, confidering it as improper practice in any attorney to attempt to appear *as agent, but not as attorney*, add, that S. himfelf pay the cofts.